82 So.2d 303

Alma SMITH

v.

STATE.

8 Div. 807.

Supreme Court of Alabama.

May 19, 1955.

Rehearing Denied Sept. 15, 1955.

Britnell & McEntire, Decatur, for petitioner.

John Patterson, Atty. Gen., Owen Bridges, Asst. Atty. Gen., and Geo. C. John-ᴖon, Sol., Athens, opposed.

LAWSON, Justice.

Petition of Alma Smith, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Smith v. State, 82 So.2d 299.

Writ denied.

LIVINGSTON, C. J., and STAKELY, GOODWYN and MERRILL, JJ., concur.